## IN THE MATTER OF JOHN CARPENTER, ALIAS JOHN TOLLY

JOURNAL ENTRIES (1819): *Journal 2:* (1) Prisoner discharged *p. 652.
PAPERS IN FILE: [None]

## IN THE MATTER OF SAMUEL TILCOT

JOURNAL ENTRIES (1819): *Journal 2:* (1) Prisoner remanded *p. 657.
PAPERS IN FILE: [None]

## IN THE MATTER OF CHARLES REID

JOURNAL ENTRIES (1819): *Journal 2:* (1) Rule for writ *p. 658; (2) petitioner discharged, reason *p. 659.
PAPERS IN FILE: (1) Petition for habeas corpus; (2) petition and affidavits; (3) writ of habeas corpus and return; (4) extract from parish register.
*Office Docket*, MS p. 100, c. 1.